```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN LOMAS-GUZMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-188 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | TRIAL-CONFIRMATION AND JURY TRIAL |
| v. ) | DATES AND SETTING STATUS |
| ) | CONFERENCE |
| JUAN LOMAS-GUZMAN, ) | |
| ) | Date: August 1, 2005 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Frank C. Damrell |

It is hereby stipulated between the parties, Mary M. French, Attorney for the defendant, and Jason Hitt, Assistant United States Attorney, attorney for the Plaintiff, that the trial-confirmation date of July 25, 2005 and jury trial date of August 9, 2005 be vacated and a status conference be set for August 1, 2005 at 9:30 a.m.

A proposed plea agreement has been received from the government and defense counsel seeks additional time to review the plea offer with her client and to continue discussions with counsel for the government.

The period from July 25, 2005 through and including August 1, 2005

///

///

1  should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
2  Code T4 based upon continuity of counsel and defense preparation.
3  Dated: July 22, 2005

                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender

                                      /s/ Mary M. French
                                      _____
                                      MARY M. FRENCH
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JUAN LOMAS-GUZMAN

Dated: July 22 2005                  MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Mary M. French for
                                      _____
                                      JASON HITT
                                      Assistant U.S. Attorney
                                      per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: July 22, 2005

                                      /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL
                                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order/Lomas-Guzman            3