IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                   No. CR S-05-188 FCD GGH P

    vs.

JUAN LOMAS GUZMAN,

    Movant.                                       <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On December 12, 2005, movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant challenges his August 5, 2005, conviction for being a deported alien found in the United States in violation of 8 U.S.C. § 1326(a) and (b)(2).  Movant is serving a sentence of 46 months.

        The only relief movant seeks is the reduction of his sentence.  A motion by movant for reduction of his sentence pursuant to Fed. R. Crim. P. 35 would be untimely.  <u>See</u> Fed. R. Crim P. 35 (within seven days after sentencing, court may correct sentence; otherwise, court may reduce a sentence within one year of sentencing only upon motion by the government).  Therefore, movant's motion is properly brought pursuant to 28 U.S.C. § 2255.

        Movant requests that his sentence be reduced so that he may return to his family.  There are is no legal basis for a reduction of his sentence on this ground.  In other words, the

1

1  court does not have the authority to grant the requested relief.  For this reason, the court
2  recommends that movant's motion be denied.
3          IT IS HEREBY RECOMMENDED that:
4          1. Movant's December 12, 2005, motion to vacate, set aside, or correct his
5  sentence pursuant to 28 U.S.C. § 2255 be denied; and
6          2. The clerk of the court be directed to close the companion civil case No. CIV S-
7  05-2511 FCD GGH P.
8          These findings and recommendations are submitted to the United States District
9  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
10 days after being served with these findings and recommendations, any party may file written
11 objections with the court and serve a copy on all parties.  Such a document should be captioned
12 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
13 shall be served and filed within ten days after service of the objections.  The parties are advised
14 that failure to file objections within the specified time waives the right to appeal the District
15 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
16 DATED:   1/13/06

18                                       /s/ Gregory G. Hollows
19                                       _____
                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

21 ggh:kj
   guz188.257